

FILED

AUG 27 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACKARY T. HARRIS, SR.,

      Plaintiff,                    No.  CIV S-01-0634 WBS GGH P

      vs.

STATE OF CALIFORNIA, et al.,

      Defendants.                 ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On May 29, 2002, the court ordered the United States Marshal to serve the complaint on defendants.  Process directed to defendants Officer Buckingham, Officer Sargent, and Officer D. Mauch was returned unserved because "no response from Stockton P.D. - unable to locate defendants."  Plaintiff must provide additional information to serve these defendants.  Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1



1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  The Clerk of the Court is directed to send to plaintiff three USM-285 forms,

3  along with an instruction sheet and a copy of the amended complaint filed March 19, 2002; and

4       2.  Within sixty days from the date of this order, plaintiff shall complete and

5  submit the attached Notice of Submission of Documents to the court, with the following

6  documents:

7         a.  One completed USM-285 form for each defendant;

8         b.  Four copies of the endorsed amended complaint filed March 19, 2002;

9         and

10        c.  One completed summons form (if not previously provided)

11  or show good cause why he cannot provide such information.

12  DATED:  August _26_, 2002.

13

14                    _____

15                GREGORY G. HOLLOWS
                    UNITED STATES MAGISTRATE JUDGE

16  GGH:kf
    harr0634.8e1

17

18

19

20

21

22

23

24

25

26

United States District Court
for the
Eastern District of California
August 27, 2002


* * CERTIFICATE OF SERVICE * *


2:01-cv-00634


Harris

    v.

CA Dept Corrections


_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  August 27, 2002, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Zackary T Harris Sr                    VC/GGH
        P-85600         CSP-3
        Corcoran State Prison
        PO Box 5244
        Corcoran, CA  93212
        (w/copy of Amended Complaint, 1 instruction
         sheet, 1 Notice of Submission form, 3 Summons
         forms, and 3 USM-285 forms)

        Brahim George Seikaly
        Attorney General's Office
        1300 I Street, Suite 125
        Sacramento, CA  94244-2550

        Robyn Bea Truitt Drivon
        San Joaquin County Counsel
        222 East Weber Avenue, Room 711
        Stockton, CA  95202-2777

        Mark Saul Posard
        Jones and Dyer
        1800 J Street
        Sacramento, CA  95814

        Richard W Taylor
        City of Stockton, City Attorney's Office

425 North El Dorado Street, Room 209
Stockton, CA  95202

Jack L. Wagner, Clerk

BY: _____
      Deputy Clerk