IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACKARY T. HARRIS, SR.,

        Plaintiff,                    No. CIV S-01-0634 WBS GGH P

    vs.

STATE OF CALIFORNIA, et al.,

        Defendants.           ORDER
_____/

        On January 21, 2011, plaintiff filed a "motion to compel payment and request for court to intervene." This civil rights action was closed on February 27, 2004. The appeal in this action was dismissed on October 6, 2005. Plaintiff's filings do not appear to be ones contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: March 3, 2011

                                      /s/ Gregory G. Hollows
                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:014
harr0634.ord

1